JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BURATTINO FRANCHISE, LLC, a California limited liability company; and BURATTINO, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE DIRTY PEPPERONI LLC, a California limited liability company; LEV KIM, an individual; TOD SOMERVILLE, an individual; MICHAEL URIARTE, an individual; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:25-cv-11413-RGK-MAR<br>Hon. R. Gary Klausner<br><br>**~~[PROPOSED]~~ ORDER DISMISSING ACTION**<br><br>[37] |

Pursuant to the parties' Stipulation, **IT IS HEREBY ORDERED** that the entire action, including all claims and counterclaims alleged therein, is dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

All date and deadlines are vacated. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: 9/15/2026

By: ______________________
Hon. R. Gary Klausner
United States District Judge